IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

25 - 1 1 6 6

Stephen McConnell
24458 Blue Marlin Ct
Millsboro, DE 19966



FILED
SEP 17 2025
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff, Pro Se,

v.

Department of Veterans Affairs

810 Vermont Avenue NW
Washington, DC 20420

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
### (JURY DEMAND)

COMES NOW, the Plaintiff, Stephen McConnell, appearing Pro Se, and brings this action against the United States Department of Veterans Affairs for gross negligence, willful and unlawful disclosure of private protected information, aggravated identity theft, harassment, and stalking, under applicable federal laws and regulations. Plaintiff seeks compensatory damages in the amount of $5,000,000 and immediate injunctive relief.

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1346(b) (Federal Tort Claims Act), and applicable provisions of HIPAA, the Privacy Act of 1974, and the Computer Fraud and Abuse Act (18 U.S.C. § 1030).

2. Venue is proper in this District under 28 U.S.C. § 1391 as Plaintiff resides in this District and the events giving rise to this claim occurred within this District.

## PARTIES

3. Plaintiff Stephen McConnell is a United States military veteran residing at 24458 Blue Marlin Ct, Millsboro, Delaware 19966.

4. Defendant Department of Veterans Affairs is an agency of the United States Government headquartered in Washington, D.C., and operating in the State of Delaware through the Wilmington VA Medical Center and its systems.

## FACTUAL ALLEGATIONS

5.. On or around July 2, 2025, Plaintiff recorded a phone call during which his ex-wife, Sara McConnell, admitted to accessing his VA information by falsely impersonating Plaintiff's current wife and using his Social Security Number and DOB within automated system and verbal associate.

7. Sara McConnell has accessed the VA system on numerous occasions and unlawfully obtained detailed medical and financial records, which she has shared with another party, Andrea McConnell.

8. This information includes service-connected disability details, full payment history, addresses, medication, PTSD documentation, banking information, medical appointments, and more, without Plaintiff's knowledge or consent.

9. Despite numerous notifications and a fax complaint to the VA on July 9, 2025, the VA has failed to provide meaningful protection or remedy.

10. Sara McConnell continues to use Plaintiff's information to gain benefits from other entities and has stalked Plaintiff, violating privacy and safety.

## LEGAL CLAIMS

COUNT I: VIOLATION OF THE PRIVACY ACT OF 1974 – 5 U.S.C. § 552a

COUNT II: VIOLATION OF HIPAA – 42 U.S.C. § 1320d et seq.

COUNT III: NEGLIGENCE UNDER FEDERAL TORT CLAIMS ACT – 28 U.S.C. § 1346(b)

COUNT IV: AGGRAVATED IDENTITY THEFT – 18 U.S.C. § 1028A

COUNT V: COMPUTER FRAUD AND ABUSE – 18 U.S.C. § 1030

COUNT VI: HARASSMENT AND STALKING – UNDER APPLICABLE STATE AND FEDERAL LAWS

## DEMAND FOR RELIEF

WHEREFORE, Plaintiff respectfully demands the following relief from this Court:

a) Compensatory damages in the amount of $5,000,000;

b) Injunctive relief to prevent further disclosure or access to Plaintiff's VA records;

c) A judicial order preventing Sara or Andrea McConnell from benefiting from any award;

d) Federal marshal service of process;

e) A jury trial on all issues so triable;

f) Any further relief this Court deems just and proper.

Respectfully submitted,

Stephen McConnell
24458 Blue Marlin Ct
Millsboro, DE 19966
Pro Se Plaintiff